UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY ALLEN TAYLOR,

    Plaintiff,

vs.                                          Case No. 8:08-cv-01997-JDW-TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

BEFORE THE COURT is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion for Entry of Judgment with Remand be GRANTED (Dkt. 15). Defendant has represented that Plaintiff's counsel has no objection to the remand. (Dkt. 14). Accordingly, there is no need to allow ten (10) days for written objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's Motion for Entry of Judgment with Remand (Dkt. 14) is **GRANTED**.

3) The Clerk is directed to remand this case to the Commissioner of Social Security and to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 30th day of April, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record